In the Matter of the Application of RAMAPO MOUNTAINS WATER, POWER AND SERVICE COMPANY, INC., etc., Appellant, v. JULIA F. SIEDLER and Others, Respondents.— Motion denied, and temporary stay vacated. No

---

* See N. Y. Code Ord., chap. 24, § 17, subd. 1.— [REP.

opinion. Jenks, P. J., Thomas, Putnam and Blackmar, JJ., concurred; Rich, J., not voting.